ANNA BICKMAN and Others, Appellants, v. CITY OF NEW YORK and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Callahan, J., dissent and vote to reverse and deny the motion.

FLORA HERSCHMANN, as Executrix, etc., of EMIL M. HERSCHMANN, Deceased, Respondent, v. GREATER NEW YORK CARPET HOUSE, INC., and MILTON GOLDSTEIN, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK SCHNEIDER, Appellant, Impleaded with Others, Defendants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Third Intermediate Account of Proceedings in the Matter of the Judicial Settlement of the Account of Proceedings of RICHMOND J. REESE, as Coexecutor under the Will of IRVING I. BLOOMINGDALE, Deceased, and the Fixation of Attorneys' Fees. Supplemental Account Extending and Supplementing the Third Account to Cover the Period February 2, 1938, to and Including January 3, 1939, etc. RICHMOND J. REESE, as Executor, etc., of IRVING I. BLOOMINGDALE, Deceased, Appellant; DONALD BLOOMINGDALE and Others, Respondents; Impleaded with Others, etc. (No number.) — Decree, so far as appealed from, unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [See, also, ante, p. 952.]

JOSEPH ROSENBLATT, Respondent, v. PROVIDENT LOAN SOCIETY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES HALEY, Appellant, Impleaded with Another, Defendants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JACOB A. FALK, Appellant, v. NEW YORK EVENING JOURNAL, INC., Respondent, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FIDELITY & DEPOSIT COMPANY OF MARYLAND, Appellant, v. AMERICAN SURETY COMPANY OF NEW YORK, Respondent.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREA FEULA, Appellant.— Judgment unanimously reversed and the information dismissed on the ground that the People's evidence failed to sustain the finding that the defendant was guilty of culpable negligence under the rule laid down in People v. Angelo (246 N. Y. 451). Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.